UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BENNETT a/k/a<br>ANSAR EL MUHAMMAD,<br><br>       Plaintiff,<br><br>  v.<br><br>Sheriff AHERN,<br><br>       Defendant.<br>_____/ | No. C 08-4223 MHP (pr)<br><br>**JUDGMENT** |

    This action is dismissed without prejudice because plaintiff failed to keep the court informed of his address.

    IT IS SO ORDERED AND ADJUDGED.

Dated: July 2, 2009

_____
Marilyn Hall Patel
United States District Judge